IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


```
GERALD CARROLL,                         :
KENNETH CROSSWHITE, ROY FOSTER,         :
CHARLES HOTTINGER, LAWRENCE             : CIVIL ACTION
SHELDRAKE, RICHARD SHELTRA,             :
KEVIN STUART, CHRISTOPHER TURNER,       :
ROBERT WELCH, WILLIAM WHETZEL and       : NO. 15-CV-0562
TERRY WILLIAMS                          :
                                        :
          Plaintiffs                    :
                                        :
     vs.                                :
                                        :
E-ONE, INCORPORATED, PIERCE             :
MANUFACTURING, INC., SEAGRAVE FIRE      :
APPARATUS, LLC, and FEDERAL SIGNAL      :
CORPORATION                             :
                                        :
          Defendants                    :
```

## **ORDER**

   AND NOW, this     6th     day of September, 2016, upon consideration of the Motion of Defendant Federal Signal Corporation for Costs and Fees and Plaintiffs' Response in opposition thereto, it is hereby ORDERED that the Motion is STAYED until further Order of this Court.

   IT IS FURTHER ORDERED that for the reasons set forth in the preceding Memorandum Opinion, counsel for the parties are DIRECTED to contact the undersigned's Deputy Clerk to schedule an evidentiary hearing to take place before the undersigned within sixty (60) days of the entry date of this Order.  At that time,

the parties shall have the opportunity to present evidence concerning the propriety of entering a sanctions order against Plaintiffs and/or their counsel directing the payment of Defendant's attorney's fees, costs and/or any other relief which may be appropriate.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,      J.