**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERALD CARROLL, KENNETH CROSSWHITE, ROY FOSTER, CHARLES HOTTINGER, LAWRENCE SHELDRAKE, RICHARD SHELTRA, KEVIN STUART, CHRISTOPHER TURNER, ROBERT WELCH, WILLIAM WHETZEL and TERRY WILLIAMS<br><br>Plaintiffs<br><br>vs.<br><br>E-ONE, INCORPORATED, PIERCE MANUFACTURING, INC., SEAGRAVE FIRE APPARATUS, LLC, and FEDERAL SIGNAL CORPORATION<br><br>Defendants | : CIVIL ACTION<br>:<br>:<br>:<br>: NO. 15-CV-0562<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 25th day of April, 2017 upon consideration of the Motion of Defendant Federal Signal Corporation for Costs and Fees (Doc. No. 68), it is hereby ORDERED that, for the reasons outlined in the preceding Memorandum Opinion, the Motion is GRANTED and Plaintiffs' Counsel is DIRECTED to pay the sum of $127,823.47 to Moving Defendant within forty-five (45) days of the entry date of this Order.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.