**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERALD CARROLL, | : |
| KENNETH CROSSWHITE, ROY FOSTER, | : |
| CHARLES HOTTINGER, LAWRENCE | : CIVIL ACTION |
| SHELDRAKE, RICHARD SHELTRA, | : |
| KEVIN STUART, CHRISTOPHER TURNER, | : |
| ROBERT WELCH, WILLIAM WHETZEL and | : NO. 15-CV-0562 |
| TERRY WILLIAMS | : |
| | : |
| Plaintiffs | : |
| | : |
| vs. | : |
| | : |
| E-ONE, INCORPORATED, PIERCE | : |
| MANUFACTURING, INC., SEAGRAVE FIRE | : |
| APPARATUS, LLC, and FEDERAL SIGNAL | : |
| CORPORATION | : |
| | : |
| Defendants | : |

**ORDER**

AND NOW, this  16th  day of October, 2018, this case having
been adjudicated and this Court's Order and Judgment of April 27,
2017 having been affirmed by the United States Court of Appeals
for the Third Circuit, the Clerk of Court is ORDERED to mark this
case CLOSED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        J.